IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 15-00132 SOM |
| | ) | |
| Plaintiff, | ) | ORDER DENYING DEFENDANT'S |
| | ) | MOTION FOR MODIFICATION OR |
| vs. | ) | REDUCTION OF SENTENCE |
| | ) | PURSUANT TO 18 U.S.C. |
| BOBBY RICKS, JR.,          (01) | ) | § 3582(c)(2) AND GUIDELINE |
| | ) | AMENDMENT NO. 782 |
| Defendant. | ) | |
| | ) | |

**ORDER DENYING DEFENDANT'S MOTION FOR
MODIFICATION  OR REDUCTION OF SENTENCE PURSUANT
TO 18 U.S.C. § 3582(c)(2) AND GUIDELINE AMENDMENT NO. 782**

Defendant Bobby Ricks pled guilty without a plea agreement to two drug counts, one alleging that he had conspired to distribute and possess with intent to distribute 500 grams or more of methamphetamine and marijuana, and the other alleging that he had distributed 500 grams or more of methamphetamine. On February 22, 2016, he was sentenced to 200 months in custody and 5 years of supervised release. The sentence reflected the granting of a motion for downward departure filed by the Government. Judgment was entered on February 23, 2016.

Defendant now moves for a reduction in his sentence based on Amendment 782 to the sentencing guidelines, which reduced the base offense

level for many drug offenses. The court denies the motion because Defendant has already had the benefit of Amendment 782.

Amendment 782 took effect on November 1, 2014, although incarcerated defendants whose sentences were being reduced pursuant to Amendment 782 could not be released before November 1, 2015. Defendant was sentenced in 2016, despite the mistaken reference in his motion to having been sentenced in February 2015. Even if Defendant had been sentenced in 2015, this court would have applied Amendment 782, as it was already in effect by February 2015, notwithstanding the provision stating that no one could actually be released under Amendment 782 until November 1, 2015. In any event, that delayed release condition did not affect Defendant, as his projected release date, no matter how it is calculated, remains long after November 1, 2015.

Paragraph 28 of Defendant's Presentence Investigation Report expressly states that the 2015 guideline manual, including all applicable amendments, was used in calculating Defendant's guideline range. Defendant is not entitled to any further application of Amendment 782, and his motion for a reduced sentence is denied.

IT IS APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, August 22, 2016.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

United States v. Bobby Ricks, Jr., Cr. No. 15-00132 SOM, ORDER DENYING DEFENDANT'S MOTION FOR MODIFICATION OR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2) AND GUIDELINE AMENDMENT NO. 782